# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HECTOR ESTREMERA,   ) | |
|   Plaintiff   ) | CIVIL ACTION: |
| ) | NO.: 3:15-CV-01283 (WWE) |
| VS.   ) | |
| ) | |
| HERTZMARK, CREAN AND LAHEY, LLP   ) | |
|   Defendant   ) | DECEMBER 11, 2015 |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Plaintiff, Hector Estremera, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against the Defendant.

Dated:   Hartford, Connecticut
December 11, 2015

THE PLAINTIFF
HECTOR ESTREMERA

BY:   _____/s/_____
Roderick D. Woods, Esq.
The Woods Law Firm, LLC
100 Pearl Street
14TH Floor
Hartford, Connecticut 06103
Federal Bar #ct29447
Attorney for the Plaintiff:
HECTOR ESTREMERA

## **CERTIFICATION**

**I hereby certify that on December 11, 2015 a copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.**

_____/s/_____
**Roderick D. Woods, Esq.
The Woods Law Firm, LLC
100 Pearl Street
14th Floor
Hartford, Connecticut 06103
Federal Bar #ct29447
Attorney for the Plaintiff:
Hector Estremera**